IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GARDNER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEPTA | : | NO. 20-6045 |

## ORDER

**AND NOW**, this 8th day of December, 2022, upon consideration of Defendant's "Motion for Summary Judgment" (Docket No. 33), Defendant's "Supplemental Motion for Summary Judgment" (Docket No. 51), and all documents filed in connection with both Motions, including Defendant's "Motion for Leave to File Reply in Further Support of Supplemental Motion for Summary Judgment" (Docket No. 53), and after hearing oral argument on the issues presented on November 9, 2022, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Leave to File Reply in Further Support of Supplemental Motion for Summary Judgment is **GRANTED**, and Exhibit 1 attached thereto is deemed filed.

2. Defendant's Motion for Summary Judgment is **GRANTED**.

3. Defendant's Supplemental Motion for Summary Judgment is **GRANTED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff as to all Counts of the Amended Complaint.

5. The Clerk is direct to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.